# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>MARIA TRINIDAD BARAJAS DE MEDINA,<br><br>　　　　　　Defendant. | Case No.: 21-CR-0428-CAB<br><br>**ORDER AND JUDGMENT GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

Upon good cause shown, IT IS HEREBY ORDERED the United States' Motion to Dismiss the Indictment (ECF No. 17) is hereby GRANTED.  The Indictment is DISMISSED without prejudice.  The bond is exonerated as to the defendant.

**IT IS SO ORDERED.**

DATED:  9/14/2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. CATHY ANN BENCIVENGO
　　　　　　　　　　　　　　　　　　　United States District Judge